# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | |
|---|---|
| AMERICAN ZURICH INSURANCE COMPANY, as subrogee of Brad Bowden, ) ) ) | CIVIL ACTION FILE |
| Plaintiff, ) | NO. _____ |
| v. ) ) | |
| WILLIAM D. PRICE, ) ) | |
| Defendant. | |

## COMPLAINT FOR PROPERTY DAMAGE

Plaintiff American Zurich Insurance Company sues Defendant William D. Price as follows:

## THE PARTIES, JURISDICTION, AND VENUE

1. Plaintiff American Zurich Insurance Company is an Illinois corporation with it principal place of business in Illinois.

2. Defendant William D. Price is a citizen of the State of Georgia residing in Greenville, Meriwether County, Georgia.

3. Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1332 because there is diversity of citizenship between the parties and the amount in controversy exceeds the sum of $75,000, exclusive of interest and cost.

4. Venue is proper in this Court pursuant to 28 U.S.C. § 1391 because Defendant resides in this judicial district.

## ALLEGATION OF FACTS

5. This action arises from a May 23, 2018 incident that caused damage to a house owned by Brad Bowden at 6 Cascade Road, Columbus, Georgia 31904.

6. At all times material to this complaint, Plaintiff American Zurich Insurance Company provided property insurance covering Brad Bowden's 6 Cascade Road property.

7. The 6 Cascade Road property adjoins property known as 4 Cascade Road owned by Defendant Price.

8. On or about February 1, 2018, Bowden noticed that two pine trees on the 4 Cascade Road property were leaning toward the 6 Cascade Road property.

9. Bowden notified Defendant Price that the trees were leaning toward his property and asked that Price remedy the situation.

10. Price did not do anything in response to Bowden's notification regarding the trees.

11. On May 23, 2018, one of the pine trees that was leaning toward Bowden's property fell and struck his house.

12. The fallen tree caused not less than $144,676.52 in damage to Bowden's house.

13. Pursuant to its contract of insurance with Bowden, Plaintiff American Zurich Insurance Company indemnified Bowden for his losses in the amount of $144,676.52.

14. Pursuant to its contractually required indemnification of Bowden, Plaintiff American Zurich Insurance Company is subrogated to all claims, rights, and causes of action against all persons responsible for the May 23, 2018 incident.

## **NEGLIGENCE**

15. At all times material to this complaint, Defendant Price owed to all foreseeable persons, including Plaintiff's insured Bowden, the duty to use reasonable care so as to avoid causing an unreasonable risk of injury to persons or property.

16. Defendant breached his duty to use reasonable care by:

   A. Failing to maintain his property in a reasonably prudent manner;

   B. Failing to remove the trees that were leaning toward the Bowden property before they could fall and cause harm;

   C. Failing to take action upon being notified that the trees were leaning toward the Bowden property; and

   D. Other acts or omissions as discovery may reveal.

17. As a direct, proximate, and foreseeable result of Defendant Price's breach of duty and negligence, Bowden and Plaintiff American Zurich Insurance Company have been damaged in an amount not less than $144,676.52.

WHEREFORE, Plaintiff American Zurich Insurance Company prays that:

A. Process issue and be served upon Defendant compelling him to appear and answer this complaint;

B. Plaintiff have judgment in its favor and against Defendant in an amount not less than $144,676.52, plus all costs, expenses, and interest allowed by law; and

C. All other relief allowed by law and equity.

    s/ David M. Bessho
    David M. Bessho
    Georgia Bar No. 055784
    Cozen O'Connor
    The Promenade, Suite 400
    1230 Peachtree Street, N.E.
    Atlanta, Georgia  30309
    Telephone:  (404) 572-2000
    dbessho@cozen.com