IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| AMERICAN ZURICH INSURANCE COMPANY, | * |
| | * |
| Plaintiff, | Case No. 4:20-CV-29 (CDL) |
| v. | * |
| WILLIAM D. PRICE, | * |
| Defendant. | * |

_____

## **J U D G M E N T**

Pursuant to this Court's Order dated August 21, 2020 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff in the amount of $144,676.52. The amount shall accrue interest from the date of entry of judgment at the rate of 0.14 % per annum until paid in full. Plaintiff shall also recover costs of this action.

This 21st day of August, 2020.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk